UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Susan Y. Soong                                                                                          General Court Number
Clerk of Court                                                                                                    415 522-2000

CASE NUMBER: 3:18-cv-04272-MEJ
CASE TITLE: Naiman v. Sunworks United, Inc.

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the Honorable Thomas S. Hixson in the San Francisco division for all further proceedings. Counsel are instructed that all future filings shall bear the initials TSH immediately after the case number.

All hearings, motions and trial dates remain as scheduled. Existing briefing schedules for motions remain unchanged. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: September 4, 2018

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*
_____
CLERK OF COURT