PHILIP A. LEIDER (Cal. Bar No. 229751)
JOREN S. AYALA-BASS (Cal. Bar No. 208143)
LEIDER + AYALA-BASS LLP
One Market Plaza, Spear Tower, Floor 36
San Francisco, CA 94105
Telephone: (415) 215-8397
Facsimile:  (510) 350-9115
philip@leiderlegal.com
joren@leiderlegal.com

Attorneys for Defendant
SUNWORKS UNITED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNWORKS UNITED, INC.; and Does 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 3:18-cv-04272-TSH<br><br>**DEFENDANT SUNWORKS UNITED, INC.'S NOTICE OF APPEARANCE (JOREN S. AYALA-BASS)**<br><br>The Hon. Thomas S. Hixson<br>CMC Date:   October 25, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom A, 15th Floor |

# NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joren S. Ayala-Bass of Leider + Ayala-Bass LLP, a member of the State Bar of California and admitted to practice before this Court, is appearing in this matter as counsel of record for Defendant Sunworks United, Inc.  Copies of all documents and pleadings regarding this litigation are to be electronically served on Mr. Ayala-Bass.

DATED:  October 10, 2018

By:  /s/ Joren S. Ayala-Bass
Philip A. Leider (Cal. Bar No. 229751)
Joren S. Ayala-Bass (Cal. Bar No. 208143)
LEIDER + AYALA-BASS LLP
One Market Plaza, Spear Tower, Floor 36
San Francisco, CA 94105
Telephone: (415) 215-8397
Facsimile:  (510) 350-9115
philip@leiderlegal.com
joren@leiderlegal.com

Attorneys for Defendant
SUNWORKS UNITED, INC.