Todd M. Friedman (216752)
tfriedman@toddflaw.com
Kelsey Lynn Kuberka (321619)
Kelsey.Kuberka@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNWORKS UNITED, INC.; and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 3:18-cv-04272-TSH <br><br> **MOTION TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERNCE ON DECEMBER 6, 2018** |

COME NOW, Plaintiffs' counsel moves this Honorable Court to allow her to appear by telephone at the Case Management Conference Hearing on December 6, 2018 at 10:00 am.

GOOD CAUSE now exists for allowing Plaintiff's counsel, Kelsey Kuberka, to appear by telephone at the Hearing, as her office is in Woodland Hills, over 300 miles from the court.  She will be available by phone at 323-405-

1263.

Respectfully submitted on this 30th day of November, 2018

Law Offices of Todd M. Friedman, P.C.

By: s/Kelsey L. Kuberka
Kelsey L. Kuberka
Attorney for Plaintiffs

Filed electronically on this 30th day of November, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Thomas S. Hixson
United States District Court
Northern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 30th day of November, 2018

s/Kelsey L. Kuberka, Esq.
KELSEY L. KUBERKA