Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
Kelsey L. Kuberka (SBN 321619)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
kkuberka@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNWORKS UNITED, INC.; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 3:18-cv-04272-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DEFENDANT SUNWORKS UNITED, INC. TO FILE A CROSSCLAIM** |

**WHEREAS** on July 16, 2018, Plaintiff, SIDNEY NAIMAN ("Plaintiff") filed her Complaint in this action against SUNWORKS UNITED, INC. ("Sunworks United" or "Defendant").

**WHEREAS** through subsequent investigation, Plaintiff has ascertained the

---

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND SUNWORKS UNITED, INC. TO FILE A CROSSCLAIM**

-1-

identity of an unnamed party, fictitiously sued as DOE DEFENDANT.

**WHEREAS** Plaintiff seeks to file her First Amended Complaint for Damages, which alleges the identity of this currently unnamed DOE DEFENDANT.

**WHEREAS** Sunworks United seeks leave to file a crossclaim against the individual that Plaintiff will name in her First Amended Complaint for Damages.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that Plaintiff should be granted leave to amend to file her First Amended Complaint for Damages to include the newly-discovered identity of DOE DEFENDANT. **IT IS FURTHER STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that Sunworks United should be granted leave to file a crossclaim against the newly-discovered individual once Plaintiff files her First Amended Complaint for Damages.

Dated**:** December 21, 2018        **Law Offices of Todd M. Friedman, P.C.**

By:  /s/ Todd M. Friedman____
    Todd M. Friedman, Esq.
    Adrian R. Bacon, Esq.
    Attorneys for Plaintiff

Dated**:** December 21, 2018

By:  /s/ Joren S. Ayala-Bass____
    **Joren S. Ayala-Bass**, Esq.
    **Philip A. Leider, Esq.**
    Attorneys for Defendant

---

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND SUNWORKS UNITED, INC. TO FILE A CROSSCLAIM**

## [PROPOSED] ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, SIDNEY NAIMAN is granted leave to amend to file her First Amended Complaint for Damages.

**IT IS FURTHER ORDERED** that Defendant SUNWORKS UNITED, INC. is granted leave to file a crossclaim against the defendant who will be named in Plaintiff's First Amended Complaint for Damages.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained her authorization to affix his electronic signature to this document.

Dated**:** December 21, 2018          **Law Offices of Todd M. Friedman, P.C.**

                                By: /s/ Todd M. Friedman\_\_\_\_
                                    Todd M. Friedman, Esq.
                                    Adrian R. Bacon, Esq.
                                    Attorneys for Plaintiff

Filed electronically on this 21st Day of December, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Thomas S. Hixson
United States District Court
Northern District of California

And all Counsel of Record as Recorded on the Electronic Service List.

This 21st Day of December, 2018

s/Todd M. Friedman, Esq.
Todd M. Friedman